**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**John Doe**

**Plaintiff**

**Case No.: 8:22-cv-00872-GLS**

***vs.***

**The University of Maryland, College Park, a Maryland public university, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That on 04/15/2022 at 12:28 PM, I served The University of Maryland, College Park, a Maryland public university c/o Office of the Attorney General at Civil Litigation Division, 200 St. Paul Place, Baltimore, Maryland 21202 with the Summons, Civil Cover Sheet, and Complaint by serving Ann Sheridan, Assistant Attorney General, authorized to accept service.

Ann Sheridan is described herein as:

Gender: Female Race/Skin: White Age: 50 Weight: 150 Height: 5'7" Hair: Brown Glasses: No

I declare under penalty of perjury that this information is true and correct.

4/19/22

Executed On

Vincent Piazza

Client Ref Number:00488

Job #: 1601651

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

JOHN DOE

*Plaintiff(s)*

v.

UNIVERSITY OF MARYLAND, COLLEGE PARK; RACHEL SALEM; AND HAILEY CHAIKIN

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNIVERSITY OF MARYLAND, COLLEGE PARK
c/o Office of the Attorney General
Civil Litigation Division
200 St. Paul Place
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amy L. Bradley
Briglia Hundley,P.C.
1921Gallows Road, Suite 750
Tysons Corner, Virginia 22182

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For The District Of Maryland

Date: 4/14/2022

*Signature of Clerk or Deputy Clerk*