**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt)**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*<br><br>Defendants. | ) | Civil Action No. 8:22-cv-00872-PX |

**DECLARATION OF PLAINTIFF JOHN DOE**

I, John Doe, affirm and declare as follows:

1. I am the Plaintiff in the above-captioned matter.

2. I was a student at the University of Maryland, College Park ("UMD") from August 2018 until I graduated on May 18, 2022.

3. While attending UMD, I was a member of student clubs and teams, including the club lacrosse team.

4. On or around October 8, 2021, I was told by the club lacrosse team president that an event that was being hosted by the lacrosse team at my apartment was canceled because Jane Roe's "friends" had told them that I was a "rapist" and "under investigation."

5. On or around December 9, 2021, I was contacted by the club lacrosse team president regarding actions taken by the co-presidents of Preventing Sexual Assault ("PSA") at the University of Maryland, College Park.

6. During the 2021-2022 academic year, the co-presidents of PSA were Defendants Hailey Chaikin and Rachel Salem.
7. During that conversation on December 9, 2021, I was told by the club lacrosse team president that the PSA co-presidents stated that I am a "rapist" and "under investigation." I was also told that I could not attend another event that was being hosted by the lacrosse team.
8. On or around January 31, 2022, I was told by the club lacrosse team president that the PSA co-presidents contacted the team again. This time, the club lacrosse team president told me that the club lacrosse team needed to distance themselves from me and exclude me from the team because the PSA co-presidents continued to tell the team that I am a "rapist."
9. As a result of these communication between the PSA co-presidents and the club lacrosse team, I was excluded from the team.
10. I reported the conduct of the PSA co-presidents to the Title IX office at UMD. No UMD official ever corrected my understanding of who served as PSA co-presidents. Further, no UMD official ever indicated to me in any way that either Defendant Hailey Chaikin or Defendant Rachel Salem could not have committed the acts as alleged in my Complaint for any reason.
11. On or around February 2, 2022, I watched an Instagram post where Defendants Hailey Chaikin and Rachel Salem introduced themselves as co-presidents of PSA at a PSA event. In this post, Defendants Hailey Chaikin and

Rachel Salem stated, among other things, that they believe it is "their job" to let students know "who the predators are" on campus.

12. As a result of Defendants Hailey Chaikin and Rachel Salem's conduct, I suffered severe emotional distress in addition to exclusions from educational programs and activities.

13. Absent discovery, including written discovery, depositions, and third-party subpoenas, I am not able to know the exact method by which Defendants Hailey Chaikin and Rachel Salem communicated with the club lacrosse team or exactly what was said by them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/20/2022

John Doe

John Doe
*Plaintiff*