**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| **JOHN DOE** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 22-CV-00872-PX** |
| | ) | |
| **THE UNIVERSITY OF MARYLAND, COLLEGE PARK, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## HAILEY CHAIKIN'S ANSWER TO COUNT III

Now come the Defendant, Hailey Chaikin, by her attorneys, John J. Condliffe, Esq., Debra B. Cruz, Esq., and Levin Gann PA, *pro bono publico*, on referral from the Maryland Coalition Against Sexual Assault, who Answers Count III of the First Amended Complaint and states,

1. Ms. Chaikin can neither admit or deny ¶ 1.

2. Ms. Chaikin admits ¶ 2.

3. Ms. Chaikin admits and denies ¶ 3 and 4 of the complaint in that the it is not clear when certain events may have happened.

4. Ms. Chaikin can neither admit or deny ¶¶ 5-6

5. Ms. Chaikin, through counsel, has not formed a legal opinion as to ¶¶ 7-8 and declined to admit or deny the legal assertions contained therein.

6. Ms. Chaikin admits ¶ 9.

7. Ms. Chaikin can neither admit or deny ¶ 10.

8. Ms. Chaikin admits ¶ 11 in that this is what the University claims.

9. Ms. Chaikin can neither admit or deny ¶ 12.

10. Ms. Chaikin admits ¶ 13 in that this is what the University claims.

11. Ms. Chaikin can neither admit or deny ¶¶ 14-62. For some of the allegations contained in these paragraphs, Ms. Chaikin may have 2nd or 3rd hand knowledge but she has no personal knowledge beyond that.

12. Ms. Chaikin can neither admit or deny ¶ 63. The truth or falsity of the allegation that Plaintiff is a rapist is a factual issue for the finder of fact upon which discovery will be conducted.

13. Ms. Chaikin denies ¶ 64.

14. Ms. Chaikin admits ¶ 65 though she thinks "recognized" and not "chartered" is the correct term.

15. Ms. Chaikin denies ¶ 66.

16. Ms. Chaikin admits ¶ 67.

17. Ms. Chaikin denies ¶¶ 68-71.

18. Ms. Chaikin can neither admit or deny ¶¶ 72-73.

19. Ms. Chaikin denies ¶ 74.

20. Ms. Chaikin denies the first sentence of ¶ 75 and can neither admit or deny the second sentence.

21. Ms. Chaikin denies ¶¶ 76-78.

22. Ms. Chaikin admits ¶ 79 in that she knew Doe was not under investigation as it pertain to the Roe allegations.

23. Ms. Chaikin can neither admit or deny ¶¶ 80-93.

24. Ms. Chaikin admits ¶ 94 in that she knew Doe was not under investigation as it pertained to the Roe allegations.

25. Ms. Chaikin can neither admit or deny ¶¶ 95.

26. Ms. Chaikin denies ¶ 96.

27. Ms. Chaikin can neither admit or deny ¶¶ 97-101.

28. Ms. Chaikin admits ¶ 102 only in that she knew something happened between Doe and Roe on that date.

29. Ms. Chaikin can neither admit or deny ¶¶ 103-109.

30. Paragraph pertaining to Counts I, II, V and VI are not responded to in that they do not pertain to Ms. Chaikin. Count IV is not responded to as a Motion to Dismiss is filed concurrently with this Answer to Count III.

31. Ms. Chaikin admits that ¶ 137 is a reasonable initial statement of the tort of defamation subject to many different additional legal elements.

32. Ms. Chaikin denies ¶¶ 138-139.

33. Ms. Chaikin denies ¶ 140 since among other reasons, as a matter of law, the proceedings between Doe and Roe have no *res judicata* effect on her.

34. Ms. Chaikin denies ¶¶ 141-147.

WHEREFORE, Defendants Hailey Chaikin and Salem prays that judgment be entered in her favor and the case dismissed.

*John J. Condliffe*

John J. Condliffe, Esq.
Levin & Gann, P.A.
1 West Pennsylvania Avenue, Suite 900
Towson, MD 21204
410-321-4659
jcondliffe@levingann.com
Federal Bar No. 09010