**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt)**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*<br><br>Defendants. | ) | Civil Action No. 8:22-cv-00872-PX |

**AGREED ORDER OF DISMISSAL OF COUNT IV WITHOUT PREJUDICE**

This matter came before the Court upon the complaint of John Doe, as amended (Dkt. 33), and the Motion to Dismiss Count IV of Plaintiff's First Amended Complaint (Dkt. 38), by defendants Hailey Chaikin and Rachel Salem. Upon the joint representations by the parties that the matter at issue as to Count IV in the amended complaint has been agreed and settled, it is, hereby **ORDERED, ADJUDGED, AND DECREED:**

That Count IV of the amended complaint is dismissed without prejudice. All other counts in the amended complaint remain before this Court.

Dated:____________________________

____________________________
Paula Xinis
United States District Judge

/s/ Amy L. Bradley
Amy L. Bradley, MD #1806050002
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
Phone: (703) 883-0880
Fax: (703) 883-0899
Email: abradley@brigliahundley.com

Lindsay R. McKasson, *pro hac vice*
Benjamin F. North, *pro hac vice*
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: lindsay@binnall.com
ben@binnall.com

*Counsel for Plaintiff John Doe*

BRIAN E. FROSH
Attorney General of Maryland

Ann M. Sheridan (Fed. Bar No. 11137)
Assistant Attorney General
Office of the Attorney General Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6559
Email: asheridan@oag.state.md.us

*Attorneys for Defendant University of Maryland, College Park and individuals Grace Karmiol and Angela Nastase*

/s/John J. Condliffe
John J. Condliffe, Esq.
Levin & Gann, P.A.
1 West Pennsylvania Avenue,
Suite 900
Towson, Maryland 21204
Phone: 410-321-4659
jcondliffe@levingann.com
Federal Bar No. 09010

*Counsel for Defendants Hailey Chaikin and Rachel Salem*