QuestQuanum™

Manhattan Internal Medicine Associates, P.C.
145 East 32nd Street Suite 303
New York, N.Y. 10016
Tel: 212-725-5300
Fax: 212-7255590
Email: 145mima@gmail.com
Web: manhattanmedicine.net

| | |
|---|---|
| Howard Siegel, M.D. | Robert Udesky, M.D. |
| Ruvan Shein, M.D. | Howard Antosofsky M.D. |
| Kathryn Alcarez, D.O. | Ashima Bakhru, M.D. |
| Jonathan Weinberger, M.D. | |

**Date: 10/15/2021**

**From: Dr. Kathryn Alcarez**      (NPI# ▮▮▮▮▮)

**Patient: Salem, Rachel**      DOB ▮▮▮▮

To whom it may concern,

    This letter is to certify that patient Rachel Salem is currently under my medical care as her primary care physician and is very compliant in her treatment plan. Rachel was in my office today for a complete medical evaluation and is in overall good health but still presenting with ▮▮▮▮ ▮▮▮▮▮▮▮▮. It is my medical opinion that the patient is not a suitable candidate to return back to school in person at this time ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮. Please excuse Rachel from all in person schooling through December 1st, 2021 in an attempt to not exacerbate her symptoms. The patient however, is cleared to work on her assignments remotely from home without restrictions during that time.

    The plan is to have Miss Salem re-evaluated in the middle of November to assess her progress ▮▮▮▮▮▮▮; she will be cleared to return when she is no longer symptomatic. If you need any further assistance or information in regards to this process, please do not hesitate to contact the office directly.

Sincerely,

*[signature]*

Kathryn Alcarez, DO

License# 236953

Manhattan Internal
Medicine Associates, P.C.
145 East 32nd Street Suite 303
New York, NY 10016