IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 8:22-cv-00872-PX |
| | ) |
| | ) |
| THE UNIVERSITY OF MARYLAND, | ) |
| COLLEGE PARK, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT NOTICE OF SETTLEMENT AND
## DISMISSAL FOR DEFENDANTS TWO AND THREE

Plaintiff John Doe and Defendant Two and Defendant Three, by and through their counsel, hereby notify the Court that they have settled all claims between them in this case. Plaintiff accordingly requests, per Fed. R. Civ. P. 41(a)(2), that the Court dismiss with prejudice Defendant Two and Defendant Three from this case. The claims against Defendants The University of Maryland, College Park, Grace Karmiol and Angela Nastase remain.

Dated: September 6, 2023                                Respectfully submitted,

/s/ *Benjamin F. North*                                 /s/ *John J. Condliffe*
Benjamin F. North, *pro hac vice*                       John J. Condliffe, Federal Bar No.
Jason C. Greaves, *pro hac vice*                        09010
Shawn Flynn, *pro hac vice*                             Debra C. Cruz
BINNALL LAW GROUP, PLLC                                 LEVIN & GANN, P.A.
717 King Street, Suite 200                              1 West Pennsylvania Avenue, Suite 900
Alexandria, Virginia 22314                              Towson, Maryland 21204
Phone: (703) 888-1943                                   Phone: 410-321-4659
Fax: (703) 888-1930                                     Email: jcondliffe@levingann.com

1

Email: ben@binnall.com
jason@binall.com
shawn@binall.com

Amy L. Bradley (21417)
BLANKINGSHIP & KEITH, PC
4020 University Dr. Ste. 300
Fairfax, Virginia 22030
Phone: (703) 691-1235
Fax: (703) 691-3913
Email: abradley@bklawva.com

*Counsel for John Doe*

*Counsel for Defendants 2 and 3*

/s/ *Benjamin A. Beasley*
James R. Andersen, Federal Bar No. 11413
Benjamin A. Beasley, Federal Bar No. 21159
ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC
300 E. Lombard Street, Suite 900
Baltimore, Maryland 21202
Phone: (410) 727-2443
Fax: (410) 727-4497
Email: jandersen@rsrm.com
         bbeasley@rsrm.com

*Counsel for Defendant 3*

2

## CERTIFICATE OF SERVICE

I certify that on September 6, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Benjamin F. North*
Benjamin F. North, *pro hac vice*

*Counsel for Plaintiff John Doe*