**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

JOHN DOE
     Plaintiff,

    v.

THE UNIVERSITY OF MARYLAND,
COLLEGE PARK, MARYLAND, et al.,

    Defendants.

Civil Action No. PX -22-0872

**AMENDED PRETRIAL SCHEDULING ORDER**

For the reasons stated on today's recorded call, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| August 21, 2026 | Motions *in Limine* |
| September 4, 2026 | Responses to Motions *in Limine* |
| | Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov |
| | (Plaintiff responsible for filing; Defendant to indicate proposed changes in redline format). |
| | Parties are to submit all proposed trial exhibits and indicate which exhibits, if any, are being offered **over the objection** of the opposing party. |
| | All exhibits shall be submitted electronically through Egnyte.  Instructions will be emailed to the parties. |
| September 14, 2026 at 10:00 a.m. | Pretrial Conference |
| September 28, 2026 at 9:00 a.m. | Trial begins.  Expected length:  1 week |

Dated: February 3, 2026

                 /S/
               _____
               Paula Xinis
               United States District Judge