IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 8:22-cv-00872-PX |
| | ) |
| THE UNIVERSITY OF MARYLAND, | ) |
| COLLEGE PARK, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Local Rule 101.2(a), undersign counsel respectfully moves for leave of Court to withdraw his appearance as counsel for Plaintiff John Doe. After July 10, 2026, Mr. Bowman will be leaving Binnall Law Group. Plaintiff will continue to be represented by Jason C. Greaves with the Binnall Law Group.

WHEREFORE, the undersigned counsel asks that this Court grant him leave to withdraw as counsel for Plaintiff in this matter.


Dated: July 9, 2026

Respectfully submitted,

*/s/ Parker Bowman*
Parker Bowman, *pro hac vice*
parker@binnall.com


Jason C. Greaves, MD Bar No.
2310170002
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943

Fax: (703) 888-1930
jason@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 9, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Parker Bowman

Parker Bowman, *pro hac vice*

3