# Jared J. Roberts

| U.S. Court | Admission Date |
|---|---|
| 9th Circuit, U.S. Court of Appeals | 09/10/2024 |
| 11th Circuit, U.S. Court of Appeals | 10/17/2022 |
| U.S. District Court for the District of Columbia | 07/07/2025 |
| U.S. District Court for the Eastern District of Virginia | 04/12/2022 |
| U.S. District Court for the Western District of Virginia | 05/25/2022 |
| U.S. District Court for the Northern District of Florida | 12/08/2022 |
| U.S. District Court for the Middle District of Florida | 05/27/2022 |
| U.S. District Court for the Southern District of Florida | 08/16/2022 |