**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:22-cv-00872-PX |
| | ) | |
| THE UNIVERSITY OF MARYLAND, COLLEGE PARK, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

Plaintiff John Doe submits his proposed verdict form. Plaintiff reserves the right to add to or modify his proposed verdict form(s) based on the testimony and evidence presented at trial. Plaintiff requests that the Court give the verdict form attached hereto.

Dated: _______________, 2026

Respectfully submitted,

*/s/* Jason C. Greaves

Jason C. Greaves, MD Bar No. 2310170002
Jared J. Roberts, *pro hac vice*
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff*

**VERDICT SHEET**

We, the jury, unanimously answer the questions submitted by the Court as follows:

**COUNT I: TITLE IX DELIBERATE INDIFFERENCE**

**(Against the University of Maryland, College Park)**

**Question 1 (select "YES" or "NO"):**

Did Plaintiff prove by a preponderance of the evidence that he was subjected to harassment on the basis of his sex?

**YES ______ NO ______**

*If your answer to Question 1 is "NO," go no further.*

*If your answer to Question 1 is "YES," then proceed to answer Question 2.*

**Question 2 (select "YES" or "NO"):**

Did Plaintiff prove by a preponderance of the evidence that the harassment was so severe, pervasive, and objectively offensive that it deprived him of equal access to an educational opportunity or benefit at the University?

**YES ______ NO ______**

*If your answer to Question 2 is "NO," go no further.*

*If your answer to Question 2 is "YES," then proceed to answer Question 3.*

Deleted: ¶

Deleted: ¶

Deleted: sufficiently

Deleted: or

Deleted: create a hostile or abusive environment in

Deleted: program, activity,

Deleted: ,

Deleted: ?

Deleted: ¶

**Question 3 (select "YES" or "NO"):**

Did Plaintiff prove by a preponderance of the evidence that the University of Maryland, College Park was deliberately indifferent to the harassment—that is, that the University's response was clearly unreasonable in light of the known circumstances?

**YES ______ NO ______**

Deleted: ¶

*If your answer to Question 3 is "NO," go no further.*

*If your answer to Question 3 is "YES," then proceed to answer Question 4.*

**Question 4:**

Has Plaintiff proven, by a preponderance of the evidence, that he sustained monetary damages as a direct and proximate result of the University's response?

Deleted: → What amount of damages, if any, did

Deleted: prove

Deleted: deliberately indifferent

*If your answer to Question 4 is "NO," go no further.*

Deleted: ¶ ... [1]

*If your answer to Question 4 is "YES," then proceed to answer Question 5.*

**Question 5:**

What amount of monetary damages has Plaintiff proven by a preponderance of the evidence?

$____________

**CERTIFICATION**

I certify that the foregoing responses represent the unanimous verdict of the jury empaneled to consider the matter of *John Doe v. The University of Maryland, College Park, et al.*, Civil Action

No. PX -22-0872.

__________________________________ __________________________________

Foreperson (Signature) Foreperson (Print Name)

Date_______________________

| Page 3: [1] Deleted | Marquardt, Sarah | 8/28/26 5:41:00 PM |
| --- | --- | --- |