**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*<br><br>Defendants. | Civil Action No. 8:22-cv-00872-PX |

**PROPOSED REQUESTS FOR VOIR DIRE EXAMINATION**

Come now Plaintiff John Doe, by counsel, and The University of Maryland, College Park, by counsel, (collectively, the "Parties"), and submit the following proposed voir dire questions for the potential jurors.

**Deleted:** The instructions are presented jointly where indicated. Where the Parties have not so agreed, the Party presenting the instruction is identified.

Dated: September 4, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, MD Bar No. 2310170002
Jared J. Roberts, *pro hac vice*

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Kathryn J. Bradley*
Kathryn J. Bradley, No. 21242
Sarah A. Marquardt, No. 17294
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
200 Saint Paul Place, 17th Floor
Baltimore, Maryland 21202
kbradley@oag.state.md.us
smarquardt@oag.maryland.gov
(410) 576-6449
(410) 576-6437 (facsimile)

*Attorneys for Defendant University of*

**Deleted:** Federal Bar

*Maryland, College Park*

**VOIR DIRE**

A former student at the University of Maryland, College Park (the "University"), has filed this lawsuit against the University under Title IX of the Education Amendments of 1972 ("Title IX").

Deleted: The case involves a

Deleted: male

Deleted: who alleges that after being fully exonerated of sexual misconduct allegations through the university's Title IX process, he was subjected to an ongoing campaign of harassment and defamation by his accuser and members of a student organization called Preventing Sexual Assault. He claims the university was deliberately indifferent to his repeated complaints about this harassment, refused to investigate or take meaningful action, and allowed the harassment to continue unchecked, resulting in his removal from a student organization. The plaintiff brings a claim under Title IX for deliberate indifference.

1. Do you know anything about this case from any source whatsoever?
2. This trial is expected to last this week and possibly into next week to accommodate deliberations. On most days, jurors will be expected to sit from 9:30 in the morning until 5:00 in the afternoon. We will take a one-hour lunch break and at least a 15-minute break in the morning and afternoon. Is there any reason why you could not serve for these dates and times?
3. The lawyers and law firms involved in this case are the Binnall Law Group and the Maryland Office of the Attorney General. Do you or your immediate family members know any of, or had business with, these attorneys or law firms?
4. Do you or any member of your immediate family know me, any of my staff, or any employee of the United States District Court for the District of Maryland?
5. Do you or any of your relatives work for the University of Maryland, College Park, or know anyone who works for the University of Maryland, College Park?

6. Have you, a friend, or family member, ever been accused of sexual misconduct?

7. Have you, a friend, or family member ever accused anyone else of sexual misconduct?

8. Have you had any experience with high school or college disciplinary procedures, either as a party, witness, administrator, or supporter?

   a. Did you feel the school responded appropriately?

9. Have you, a friend, or family member, ever been a party to a lawsuit?

   a. If so, were you or that person the plaintiff, that is the person bringing the action, or the defendant, the person who was sued in the case? Please describe the lawsuit.

10. Have you, or any member of your family ever worked for a school or educational institution?

    a. If so, please name the school or educational institution you or your family member worked for, your relationship to that family member (if applicable), when you or your family member worked there, and describe the job responsibilities.

11. What is your present occupation?

    a. Where are you employed?

    b. What is your duty or responsibility at your job?

12. Do you have a spouse?

    a. If so, is your spouse employed?

**Deleted:** <#>Do you believe that young women at universities should be presumed to be telling the truth when complaining about sexual misconduct?¶
Do you have an issue with a young man suing a university over its handling of harassment complaints?¶

**Deleted:** <#>,

**Deleted:** <#>a friend, or a family member ever been involved in a high school

**Deleted:** <#>or college disciplinary situation?

**Moved (insertion) [1]**

**Deleted:** <#>How long have you been employed by your present employer?¶

b. If so, where is your spouse employed, and what is his/her work?

13. Do you have any children?

a. If so, what are their age(s) and gender(s)?

Deleted: State the number of children you have and their ages.

14. Are you personally acquainted with, or to your knowledge is any member of your immediate family or any close friend of yours acquainted with, any of the witnesses or lawyers or any of their spouses, parents or children? Potential witnesses in this case include:

a. Phoebe Kurniawan

b. Andrew Skiscim

c. Ben Abraham

d. Grace Karmiol

e. Angela Nastase

f. Lindsay McKasson

g. Kurt Klier

h. Cortney Fisher

i. James Bond

**Deleted:** Have you ever reported an act of misconduct to authorities for investigation, whether to law enforcement, or in a workplace, in a school setting, or in another setting such as a group where you were a voluntary member? ¶
If so, please identify the type of misconduct that you reported and the type of organization to whom you reported.¶
Have you, a close friend, or a family member ever complained to a college or university about harassment or misconduct?

**Formatted:** No bullets or numbering

**Moved up [1]:** <#>Did you feel the school responded appropriately? ¶

**Deleted:** <#>Have you or anyone close to you had experience with a Title IX complaint at a college or university, either as a complainant, respondent, witness, or in any administrative role?¶
Do you have any opinions about whether a university has an obligation to protect students who have been exonerated of misconduct allegations from ongoing harassment by their accusers?¶

15. Have you ever participated in or been a member of a student organization at a college or university?

a. If so, please describe the organization and your involvement.

16. Are you now, or have you ever been, a member of, donor to, or volunteer with any organization focused on sexual-assault prevention, survivors' rights, or campus Title IX policy?

    a. If so, please identify the organization and describe the nature of your involvement.

17. Do you have any beliefs or opinions that would make it difficult for you to fairly evaluate a claim brought by a person who alleges he was the victim of harassment?

**Deleted:** <#>Are you familiar with the #MeToo movement? ¶
If so, do you have any strong opinions about the #MeToo movement, either in favor of or against it? ¶
Do you believe the #MeToo movement has changed the way sexual misconduct allegations should be evaluated?¶
Do you believe that men can be victims of sex-based harassment?¶
Have you ever known someone who was falsely accused of sexual misconduct or another serious offense? ¶
If so, please describe the circumstances without identifying the individual by name. ¶
How did that experience affect your views about accusations of misconduct?¶
Do you have any opinions about whether a person who makes an allegation that is later determined to be unfounded should face any consequences?¶
Do you believe there is a difference between how institutions should respond to complaints made by men versus complaints made by women?¶

**Deleted:** <#>man

**Deleted:** <#>

**Deleted:** ¶

18. Do you have strong feelings about awarding monetary damages against a public university?Have you ever served on a jury before?

    a. If so, when and how many times?

    b. In what court?

    c. If you sat on a case, was that a civil or criminal case?

    d. In those cases where you did sit as a juror that were civil cases, was the verdict for the plaintiff or for the defendant?

    e. On those juries where you actually sat, did all of them come to verdict or in some cases, was there such a split in decision that you had what we call a hung jury?

    f. Is there anything about your previous experience on a jury, or even being involved with a panel and being subjected to questioning by the court, that makes you feel that you would rather not sit again on a jury?

**Deleted:** and, in particular, to sit on this jury?

19. Do you have any physical or mental impairments that may make it difficult or impossible for you to serve as a juror?

20. Do you have any views our legal system that may affect your ability to serve as a fair and impartial juror?

21. If you are selected as a juror, I will instruct on the law that applies in this case. Will you have any difficulty following my instructions even if you personally disagree with them?

22. This case involves specific legal terms like "deliberate indifference" and "clearly unreasonable in light of known circumstances." Are you willing to learn and apply whatever legal definitions the court gives you?

23. Is there anything else that I have not asked about that may affect your ability to serve as a juror in this case?

**Formatted:** Font: (Default) Century

**Formatted:** Font: (Default) Century, 12 pt, Font color: Black

**Formatted:** Font: Century, 12 pt

**Formatted:** Font: Century

**Deleted: CERTIFICATE OF SERVICE**

I certify that on September 4, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*<u>/s/</u>* <u>Jason C. Greaves</u>
Jason C. Greaves

*Counsel for Plaintiff*