**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:22-cv-00872-PX |
| THE UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*<br><br>Defendants. | ) | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| Exhibit No. | Defendant's Objection | Defendant's Potential Objection | Description of Exhibit |
|---|---|---|---|
| **001** | | | March 23, 2022: Notice of Formal Complaint & Mandatory Dismissal (UMCP 000001-000004) - Confidential |
| **002** | | | January 24, 2022: Notice of Mandatory Dismissal of Formal Complaint (UMCP 000005-000007) - Confidential |
| **003** | X | | May 25, 2022: Notice of Formal Complaint & Mandatory Dismissal (UMCP 000008-000011) - Confidential |
| **004** | X | | June 6, 2022: University of Maryland Discrimination Report Form (UMCP 000014-000016) - Confidential |
| **005** | | | February 10-22, 2022: Emails between Angela Nastase and John Doe (UMCP 000017-000018) - Confidential |
| **006** | | X | October 8-15, 2021: Emails between Lindsay McKasson and Grace Karmiol (UMCP 000019-000020) - Confidential |
| **007** | | | John Doe Formal Complaint (UMCP 000021-000023) - Confidential |

| | | | |
|---|---|---|---|
| **008** | X | | May 18-25, 2022: Emails between Angela Nastase, Grace Karmiol, and John Doe (UMCP 000024-000026) - Confidential |
| **009** | | X | October 15-December 10, 2021: Emails between John Doe, Deana Michelle Karpavage, Angela Nastase, and Grace Karmiol (UMCP 000027-000030) - Confidential |
| **010** | X | | October 15, 2021: OCRSM Report (UMCP 000040-000042) - Confidential |
| **011** | | | October 15, 2021: OCRSM Letter (UMCP 000044) - Confidential |
| **012** | | | December 17, 2021: Emails between John Doe and Angela Nastase (UMCP 000054) - Confidential |
| **013** | | | December 23, 2021: Emails between John Doe and Angela Nastase (UMCP 000057) - Confidential |
| **014** | | | January 24-25, 2022: Emails between Angela Nastase, Grace Karmiol, and John Doe (UMCP 000058-000059) - Confidential |
| **015** | X | | Jane Roe's Snapchat post (UMCP 000073) - Confidential |
| **016** | | | March 23, 2022: Email from Angela Nastase to John Doe (UMCP 000074) - Confidential |
| **017** | | | March 25-28, 2022: Email from Angela Nastase to John Doe (UMCP 000079-000080) - Confidential |
| **018** | X | | February 17: Jane Roe Facebook posts (UMCP 000081-000082) - Confidential |
| **019** | X | | December 9, 2021-April 28, 2022: Emails between Angela Nastase, Grace Karmiol, Deana Michelle Karpavage, Lindsay McKasson, and John Doe (UMCP 000088-000093) - Confidential |
| **020** | X | | May 16-17, 2022: Emails and chat between Grace Karmiol and Deana Karpavage (UMCP 000094-000096) - Confidential |

| | | | |
|---|---|---|---|
| **021** | X | | October 15, 2021: Jane Roe OCRSM Report<br>(UMCP 000115-000117) - Confidential |
| **022** | X | | May 25, 2022: Emails between Angela Nastase, Grace Karmiol, James Bond, and Jane Roe<br>(UMCP 000136-000137) - Confidential |
| **023** | X | | February 23, 2022: Defendant 2 OCRSM Report<br>(UMCP 000198-000200) - Confidential |
| **024** | X | | March 23, 2022: Email from Angela Nastase to Defendant 2<br>(UMCP 000201) - Confidential |
| **025** | X | | February 23, 2022: Defendant 3 OCRSM Report<br>(UMCP 000223-000225) - Confidential |
| **026** | X | | March 23, 2022: Email from Angela Nastase to Defendant 3<br>(UMCP 000226) - Confidential |
| **027** | X | | November 3, 2021: United States Department of Education Office for Civil Rights Response<br>(UMCP 007747-007749) |
| **028** | | | University of Maryland Code of Student Conduct<br>(UMCP 000231-000245) |
| **029** | X | | University of Maryland Policy and Procedures on Sexual Harassment and Other Sexual Misconduct and the University of Maryland Procedures for Investigating and Resolving Allegations of Sexual Harassment and Other Sexual Misconduct<br>(UMCP 000246-000288) |
| **030** | X | | University Of Maryland Policy and Procedures on Sexual Harassment and Other Sexual Misconduct and the University of Maryland Procedures for Investigating and Resolving Allegations of Sexual Harassment and Other Sexual Misconduct<br>(UMCP 000289-000344) |

| | | | |
|---|---|---|---|
| **031** | X | | October 15, 2020: University of Maryland Virtual Title IX & VAWA Training for Hearing Panel Members & Adjudicators (UMCP 000401-000617) |
| **032** | X | | October 23, 2020: University of Maryland Virtual Title IX & VAWA Training for University Advisors (UMCP 000618-000775) |
| **033** | X | | October 23, 2020: University of Maryland Virtual Title IX & VAWA Training for University Appeals Officers (UMCP 000776-000837) |
| **034** | X | | OCR Webinar: Title IX Regulations Addressing Sexual Harassment (UMCP 000838) |
| **035** | X | | August 25, 2020: Title IX & VAWA Training University of Maryland Participants in Sexual Harassment Policy Process (UMCP 000839-000952) |
| **036** | X | | July 31, 2020: Clery in Light of COVID-19: What will change, and what will stay the same? (UMCP 000953-000972) |
| **037** | | | New Title IX Regulations and their intersection with Maryland Law (UMCP 000973-001018) |
| **038** | X | | New Title IX Regulations: Nine Key Takeaways for Fall Planning (UMCP 001019-001048) |
| **039** | X | | 2020 Title IX Regulations (UMCP 001049-001071) |
| **040** | | | Winter 2021: Title IX & Sexual Harassment Response- Participants in Sexual Harassment policy process (UMCP 001072-001290) |
| **041** | X | | Winter 2021: Title IX Appeal Officer Training (UMCP 001291-001350) |
| **042** | X | | April 2022: University Advisor Training (UMCP 001351-001507) |
| **043** | X | | Civil Rights Investigator Two (UMCP 001508-001688) |

| | | | |
|---|---|---|---|
| **044** | X | | Investigation Report Writing for Higher Education Training & Certification Course (UMCP 001689-001807) |
| **045** | X | | Winter 2022: Title IX Appeal Officer Training (UMCP 001808-001865) |
| **046** | X | | December 2022: University of the Maryland Title IX Training (UMCP 001866-002219) |
| **047** | X | | January 2023: Title IX UMD Institutional Advisor Training (UMCP 002220-002270) |
| **048** | X | | Summer 2023: Title IX Appellate Officer Training (UMCP 002411-002547) |
| **049** | X | | June 25, 2021: Final Investigation Report (UMCP 002548-002596) - Confidential |
| **050** | X | | Appendices: Jane Roe / John Doe & Jacob Poe (UMCP 002597-002995) - Confidential |
| **051** | X | | Responses To Draft Report Appendices: Jane Roe / John Doe & Jacob Poe (UMCP 002996-003070) - Confidential |
| **052** | X | | August 31, 2021: Written Notice of Determination (UMCP 003071-003080) - Confidential |
| **053** | X | | October 10, 2020: Jane Roe's Sexual Harassment and Sexual Misconduct Reporting Form (UMCP 003092-003093) - Confidential |
| **054** | | X | Sexual Harassment and Other Sexual Misconduct Process (UMCP 003099) - Confidential |
| **055** | X | | October 10-11, 2020: Emails between Grace Karmiol and Jane Roe (UMCP 003100) - Confidential |
| **056** | X | | October 8-9, 2020: Emails between Clayton Brown, Julia Heng, Raphael Moss, and Jamie Brennan (UMCP 003101-003102) - Confidential |

| | | | |
|---|---|---|---|
| **057** | X | | October 7, 2020: Emails between Grace Karmiol and Jane Roe's Mother (UMCP 003103-003104) - Confidential |
| **058** | X | | October 7, 2020: Emails between Grace Karmiol and Jane Roe's Mother (UMCP 003105-003107) - Confidential |
| **059** | X | | October 7, 2020: Emails between Grace Karmiol and Jane Roe's Mother (UMCP 003108-003110) - Confidential |
| **060** | X | | October 27, 2020: Complainant Notice of Rights and Responsibilities (UMCP 003113-003114) - Confidential |
| **061** | X | | October 29, 2020: Notice of Investigation (UMCP 003119-003122) - Confidential |
| **062** | | X | October 29, 2020: No Contact letter (UMCP 003123) - Confidential |
| **063** | X | | October 27, 2020: Formal Complaint Form (UMCP 003137-003138) - Confidential |
| **064** | X | | February 25, 2021: Emails between Grace Karmiol, Diane Krejsa, and Justin Dillon with attached letter (UMCP 003200-003227) - Confidential |
| **065** | X | | March 23, 2021: Letter on the section of the Policy and Procedures on Sexual Harassment and Other Sexual Misconduct (UMCP 003244) - Confidential |
| **066** | X | | September 14, 2021: Formal Hearing Outcome (UMCP 003622-003623) - Confidential |
| **067** | | | Emails from Jane Roe and Defendant 3 UMCP 003624-003628) - Confidential |
| **068** | X | | Jane Roe Statement (UMCP 003778-003780) - Confidential |
| **069** | X | | Prince George's County Police Incident Reports (UMCP 003795-003798) - Confidential |
| **070** | X | | John Doe Impact Statement (UMCP 004008-004009) - Confidential |
| **071** | X | | John Doe Response to Final Investigation Report (UMCP 004363-004371) - Confidential |

| | | | |
|---|---|---|---|
| **072** | X | | February 16, 2021: Whiteboard photo times (UMCP 004572) - Confidential |
| **073** | X | | March 1, 2021: Emails between Grace Karmiol and Lindsay McKasson (UMCP 004575-004576) - Confidential |
| **074** | X | | August 6, 2021: Emails between John Doe and Grace Karmiol regarding materially false statements (UMCP 004865-004867) - Confidential |
| **075** | X | | February 2, 2021: Emails between Phoebe Kurniawan and Katharine McKinney (UMCP 005386-005388) - Confidential |
| **076** | X | | Jane Roe's Mother's Justice for Maddie Q Facebook Group (UMCP 005389) - Confidential |
| **077** | X | | March 24, 2021: Emails between Ben Murphy and Katharine McKinney (UMCP 005630-005631) - Confidential |
| **078** | X | | January 21, 2021: Jane Roe's Mother Witness Interview Transcript (UMCP 006344-006352) - Confidential |
| **079** | | X | February 3-6, 2022: Emails from Defendant 2 and Defendant 3 (Defendant 3 Document Production 007) |
| **080** | | X | Texts to Club Lacrosse Presidents (Defendant 3 Document Production 008-010) |
| **081** | | X | Texts regarding cancelling Club Lax Social (Defendant 3 Document Production 011-013) |
| **082** | X | | Texts regarding Club Lacrosse sexual assault allegations (Defendant 3 Document Production 017) |
| **083** | X | | Yik Yak message about John Doe (Defendant 3 Document Production 019) |
| **084** | X | | Finally Found My Voice by Jane Roe (Defendant 3 Document Production 020-022) |
| **085** | X | | Texts to Jacob Poe (DOE000003- DOE000008) |

| | | | |
|---|---|---|---|
| **086** | | X | Texts with Ben Abraham (DOE000009-000012) |
| **087** | X | | Texts with JT (DOE000015) |
| **088** | X | | Article on the Sexual Assault Prevention Committee (DOE000197-000200) |
| **089** | X | | Sexual Assault Prevention Committee (DOE000341-000343) |
| **090** | | | University Policies (DOE000361-000368) |
| **091** | | | Texts with Ben Abraham (DOE000660) |
| **092** | X | | Jordan and Jane Roe's Quotes and to-do list (DOE000669-000670) |
| **093** | X | | Phoebe's messages with RA Alex (DOE000739) |
| **094** | X | | Facebook message from Jane Roe's Mother to Phoebe (DOE000750) |
| **095** | X | | Facebook post by Jane Roe's Mother (DOE001260) |
| **096** | X | | December 19, 2020: Facebook post by Jane Roe's Mother (DOE001263) |
| **097** | X | | December 19, 2020: Facebook post by Jane Roe's Mother (DOE001264) |
| **098** | | X | January 28, 2022- April 22, 2022 Emails between Angela Nastase and Cortney Fisher (CF0005-CF0013) |
| **099** | X | | August 31, 2021: Email from Grace Karmiol (UMCP 008141) - Confidential |
| **100** | X | | October 8, 2021: Emails with Grace Karmiol regarding retaliation (UMCP 008607) - Confidential them. |
| **101** | | X | October 14, 2021: Emails with Grace Karmiol regarding retaliation (UMCP 008631) - Confidential them. |

| | | | |
|---|---|---|---|
| **102** | | X | December 10, 2021: Emails with Grace Karmiol regarding lacrosse<br>(UMCP 008894-008895) - Confidential them. |
| **103** | | X | December 10, 2021: Emails with Grace Karmiol regarding lacrosse<br>(UMCP 008129) - Confidential them. |
| **104** | | X | December 14, 2021: Emails regarding lacrosse<br>(UMCP 008110) - Confidential |
| **105** | | X | December 15, 2021: Emails regarding lacrosse<br>(UMCP 008115) - Confidential |
| **106** | | | January 7, 2022: Emails between Grace Karmiol and Angela Nastase regarding retaliation dismissal<br>(UMCP 008687-008688) - Confidential |
| **107** | | | January 28, 2022: Email from Grace Karmiol regarding PSA advisor<br>(UMCP 007942) - Confidential |
| **108** | | X | February 3, 2022: Email regarding PSA<br>(UMCP 008087) - Confidential |
| **109** | X | | March 25, 2022: Emails regarding John Doe's formal complaint<br>(UMCP 008201) - Confidential |
| **110** | X | | May 17, 2022: Emails between Grace Karmiol and Angela Nastase regarding retaliation<br>(UMCP 008396) - Confidential |
| **111** | X | | May 17, 2022: Emails with Grace Karmiol regarding retaliation<br>(UMCP 008605-008606) - Confidential them. |
| **112** | | X | December 10, 2021: Grace Karmiol & Tammy Re: PSA/Lacrosse Outreach Discussion<br>(UMCP008990) - Confidential them. |
| **113** | X | | May 17, 2022: Emails between Grace Karmiol and Angela Nastase regarding retaliation<br>(UMCP 008978-008984) - Confidential |
| **114** | | X | February 2, 2022: Emails between Grace Karmiol and Angela Nastase<br>(UMCP 008955-008957) - Confidential |

| | | | |
|---|---|---|---|
| **115** | | X | December 17, 2021: Google Meeting with John Doe and advisor (UMCP 008934-008935) - Confidential |
| **116** | | X | December 9, 2021: Emails with Grace Karmiol (UMCP 009043-009045) - Confidential |
| **117** | X | | October 8-14, 2021: Emails with Grace Karmiol (UMCP 009050-009060 - Confidential |
| **118** | X | | December 10, 2021: Emails with Grace Karmiol (UMCP 009088-009094) - Confidential |
| **119** | X | | December 10, 2021: Emails with Grace Karmiol (UMCP 009141-009142) - Confidential |
| **120** | X | | September 24, 2021: Emails with Grace Karmiol (UMCP 009220-009225) - Confidential |
| **121** | X | | February 15, 2022: Dismissal of Complaint emails (UMCP 009311-009312) - Confidential |
| **122** | X | | October 15, 2021-January 3, 2022: Emails between Grace Karmiol and Lindsay McKasson (UMCP 009333-009349) - Confidential |
| **123** | X | | October 22, 2020: Emails between the Office of Civil Rights and Sexual Misconduct and Jane Roe. (UMCP 009415-009416) - Confidential |
| **124** | | | December 9, 2021: Sexual Harassment and Sexual Misconduct Reporting Form by Kurt Klier (UMCP 009454) - Confidential |
| **125** | X | | June 6, 2022: Phoebe Kurniawan's Discrimination Report Form (UMCP 9460-9462) - Confidential |
| **126** | X | | June 2, 2022: No Contact Order email follow-up (UMCP 9481) - Confidential |
| **127** | X | | May 18, 2022: Email to John Doe regarding incident off campus (UMCP 009496-009497) - Confidential |

| | | | |
|---|---|---|---|
| **128** | X | | May 18, 2022: Email to Jane Roe regarding incident off campus (UMCP 009498) - Confidential |
| **129** | X | | May 27, 2022: Letter to Jane Roe regarding an incident that may violate the University Code of Student Conduct (UMCP 009499-009500) - Confidential |
| **130** | X | | June 2, 2022: Letter regarding Office of Civil Rights and Sexual Misconduct communication (UMCP 009504) - Confidential |
| **131** | X | | Video of the whiteboard (DOE001321) |
| **132** | X | | Video of John Doe going to the police (UMCP 009495) |
| **133** | X | | Video of Jane Roe yelling (UMCP 009493) |
| **134** | X | | Video of Jane Roe yelling (UMCP 009494) |
| **135** | X | | Messages between Phoebe Kurniawan, Ben Murphy, and Jane Roe (DOE001320) |
| **136** | X | | January 7: Texts and screenshots from Phoebe Kurniawan (DOE001334) |
| **137** | X | | Jordan Kimner snapchat post (DOE001332) |
| **138** | X | | PSA's Real Talk event (DOE001303) |
| **139** | | X | August 16, 2024: Grace Karmiol's Deposition Transcript |
| **140** | | X | August 16, 2024: Grace Karmiol's Deposition Video |
| **141** | | X | August 26, 2024: Grace Karmiol's Deposition Transcript |
| **142** | | X | August 26, 2024: Grace Karmiol's Deposition Video Part One |
| **143** | | X | August 26, 2024: Grace Karmiol's Deposition Video Part Two |
| **144** | | X | March 7, 2022: The Diamondback: The unofficial justice of PSA Maryland (DOE000201–205) |

| | | | |
|---|---|---|---|
| **145** | | | Plaintiff reserves the right to utilize any Exhibits identified by Defendant in their exhibit lists to the extent not objected to |
| **146** | | | Plaintiff reserves the right to utilize any document for purposes of impeachment |
| **147** | | | Plaintiff reserves the right to utilize any pleading filed in this case |
| **148** | | | Plaintiff reserves the right to utilize any of Defendant's discovery responses in this case |
| **149** | | | Plaintiff reserves the right to utilize any exhibit necessary for rebuttal |
| **150** | | | Plaintiff reserves the right to utilize any demonstrative exhibits at the trial of this matter which may include, but not be limited to, oversized copies of the documents in this case |

Dated: September 4, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, MD Bar No. 2310170002
Jared J. Roberts, *pro hac vice*
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a true and genuine copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves

*Counsel for Plaintiff*