**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

JOHN DOE,

Plaintiff,

v.

THE UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*

Defendants.

Civil Action No. 8:22-cv-00872-PX

# PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Defendant's Objection | Defendant's Potential Objection | Description of Exhibit |
|---|---|---|---|
| **001** | | | March 23, 2022: Notice of Formal Complaint & Mandatory Dismissal (UMCP 000001-000004) - Confidential |
| **002** | | | January 24, 2022: Notice of Mandatory Dismissal of Formal Complaint (UMCP 000005-000007) - Confidential |
| **003** | X | | May 25, 2022: Notice of Formal Complaint & Mandatory Dismissal (UMCP 000008-000011) - Confidential |
| **004** | X | | June 6, 2022: University of Maryland Discrimination Report Form (UMCP 000014-000016) - Confidential |
| **005** | | | February 10-22, 2022: Emails between Angela Nastase and John Doe (UMCP 000017-000018) - Confidential |
| **006** | | X | October 8-15, 2021: Emails between Lindsay McKasson and Grace Karmiol (UMCP 000019-000020) - Confidential |
| **007** | | | John Doe Formal Complaint (UMCP 000021-000023) - Confidential |

| | | | |
|---|---|---|---|
| **008** | X | | May 18-25, 2022: Emails between Angela Nastase, Grace Karmiol, and John Doe<br>(UMCP 000024-000026) - Confidential |
| **009** | | X | October 15-December 10, 2021: Emails between John Doe, Deana Michelle Karpavage, Angela Nastase, and Grace Karmiol<br>(UMCP 000027-000030) - Confidential |
| **010** | X | | October 15, 2021: OCRSM Report<br>(UMCP 000040-000042) - Confidential |
| **011** | | | October 15, 2021: OCRSM Letter<br>(UMCP 000044) - Confidential |
| **012** | | | December 17, 2021: Emails between John Doe and Angela Nastase<br>(UMCP 000054) - Confidential |
| **013** | | | December 23, 2021: Emails between John Doe and Angela Nastase<br>(UMCP 000057) - Confidential |
| **014** | | | January 24-25, 2022: Emails between Angela Nastase, Grace Karmiol, and John Doe<br>(UMCP 000058-000059) - Confidential |
| **015** | X | | Jane Roe's Snapchat post<br>(UMCP 000073) - Confidential |
| **016** | | | March 23, 2022: Email from Angela Nastase to John Doe<br>(UMCP 000074) - Confidential |
| **017** | | | March 25-28, 2022: Email from Angela Nastase to John Doe<br>(UMCP 000079-000080) - Confidential |
| **019** | X | | December 9, 2021-April 28, 2022: Emails between Angela Nastase, Grace Karmiol, Deana Michelle Karpavage, Lindsay McKasson, and John Doe<br>(UMCP 000088-000093) - Confidential |
| **020** | X | | May 16-17, 2022: Emails and chat between Grace Karmiol and Deana Karpavage<br>(UMCP 000094-000096) - Confidential |
| **021** | X | | October 15, 2021: Jane Roe OCRSM Report<br>(UMCP 000115-000117) - Confidential |

| | | | |
|---|---|---|---|
| **022** | X | | May 25, 2022: Emails between Angela Nastase, Grace Karmiol, James Bond, and Jane Roe<br>(UMCP 000136-000137) - Confidential |
| **023** | X | | February 23, 2022: Defendant 2 OCRSM Report<br>(UMCP 000198-000200) - Confidential |
| **024** | X | | March 23, 2022: Email from Angela Nastase to Defendant 2<br>(UMCP 000201) - Confidential |
| **025** | X | | February 23, 2022: Defendant 3 OCRSM Report<br>(UMCP 000223-000225) - Confidential |
| **026** | X | | March 23, 2022: Email from Angela Nastase to Defendant 3<br>(UMCP 000226) - Confidential |
| **028** | | | University of Maryland Code of Student Conduct<br>(UMCP 000231-000245) |
| **030** | X | | University Of Maryland Policy and Procedures on Sexual Harassment and Other Sexual Misconduct and the University of Maryland Procedures for Investigating and Resolving Allegations of Sexual Harassment and Other Sexual Misconduct<br>(UMCP 000289-000344) |
| **062** | | X | October 29, 2020: No Contact letter<br>(UMCP 003123) - Confidential |
| **067** | | | Emails from Jane Roe and Defendant 3<br>UMCP 003624-003628) - Confidential |
| **079** | | X | February 3-6, 2022: Emails from Defendant 2 and Defendant 3<br>(Defendant 3 Document Production 007) |
| **080** | | X | Texts to Club Lacrosse Presidents<br>(Defendant 3 Document Production 008-010) |
| **081** | | X | Texts regarding cancelling Club Lax Social<br>(Defendant 3 Document Production 011-013) |
| **082** | X | | Texts regarding Club Lacrosse sexual assault allegations<br>(Defendant 3 Document Production 017) |

| | | | |
|---|---|---|---|
| **083** | X | | Yik Yak message about John Doe (Defendant 3 Document Production 019) |
| **084** | X | | Finally Found My Voice by Jane Roe (Defendant 3 Document Production 020-022) |
| **086** | | X | Texts with Ben Abraham (DOE000009-000012) |
| **087** | X | | Texts with JT (DOE000015) |
| **088** | X | | Article on the Sexual Assault Prevention Committee (DOE000197-000200) |
| **089** | X | | Sexual Assault Prevention Committee (DOE000341-000343) |
| **098** | | X | January 28, 2022- April 22, 2022 Emails between Angela Nastase and Cortney Fisher (CF0005-CF0013) |
| **100** | X | | October 8, 2021: Emails with Grace Karmiol regarding retaliation (UMCP 008607) - Confidential them. |
| **101** | | X | October 14, 2021: Emails with Grace Karmiol regarding retaliation (UMCP 008631) - Confidential them. |
| **102** | | X | December 10, 2021: Emails with Grace Karmiol regarding lacrosse (UMCP 008894-008895) - Confidential them. |
| **104** | | X | December 14, 2021: Emails regarding lacrosse (UMCP 008110) - Confidential |
| **105** | | X | December 15, 2021: Emails regarding lacrosse (UMCP 008115) - Confidential |
| **106** | | | January 7, 2022: Emails between Grace Karmiol and Angela Nastase regarding retaliation dismissal (UMCP 008687-008688) - Confidential |
| **107** | | | January 28, 2022: Email from Grace Karmiol regarding PSA advisor (UMCP 007942) - Confidential |
| **109** | X | | March 25, 2022: Emails regarding John Doe's formal complaint (UMCP 008201) - Confidential |

| | | | |
|---|---|---|---|
| **110** | X | | May 17, 2022: Emails between Grace Karmiol and Angela Nastase regarding retaliation<br>(UMCP 008396) - Confidential |
| **111** | X | | May 17, 2022: Emails with Grace Karmiol regarding retaliation<br>(UMCP 008605-008606) - Confidential them. |
| **112** | | X | December 10, 2021: Grace Karmiol & Tammy Re: PSA/Lacrosse Outreach Discussion<br>(UMCP008990) - Confidential them. |
| **113** | X | | May 17, 2022: Emails between Grace Karmiol and Angela Nastase regarding retaliation<br>(UMCP 008978-008984) - Confidential |
| **114** | | X | February 2, 2022: Emails between Grace Karmiol and Angela Nastase<br>(UMCP 008955-008957) - Confidential |
| **115** | | X | December 17, 2021: Google Meeting with John Doe and advisor<br>(UMCP 008934-008935) - Confidential |
| **116** | | X | December 9, 2021: Emails with Grace Karmiol<br>(UMCP 009043-009045) - Confidential |
| **117** | X | | October 8-14, 2021: Emails with Grace Karmiol<br>(UMCP 009050-009060 - Confidential |
| **118** | X | | December 10, 2021: Emails with Grace Karmiol<br>(UMCP 009088-009094) - Confidential |
| **119** | X | | December 10, 2021: Emails with Grace Karmiol<br>(UMCP 009141-009142) - Confidential |
| **120** | X | | September 24, 2021: Emails with Grace Karmiol<br>(UMCP 009220-009225) - Confidential |
| **121** | X | | February 15, 2022: Dismissal of Complaint emails<br>(UMCP 009311-009312) - Confidential |
| **122** | X | | October 15, 2021-January 3, 2022: Emails between Grace Karmiol and Lindsay McKasson<br>(UMCP 009333-009349) - Confidential |

| | | | |
|---|---|---|---|
| **124** | | | December 9, 2021: Sexual Harassment and Sexual Misconduct Reporting Form by Kurt Klier (UMCP 009454) - Confidential |
| **126** | X | | June 2, 2022: No Contact Order email follow-up (UMCP 9481) - Confidential |
| **127** | X | | May 18, 2022: Email to John Doe regarding incident off campus (UMCP 009496-009497) - Confidential |
| **128** | X | | May 18, 2022: Email to Jane Roe regarding incident off campus (UMCP 009498) - Confidential |
| **129** | X | | May 27, 2022: Letter to Jane Roe regarding an incident that may violate the University Code of Student Conduct (UMCP 009499-009500) - Confidential |
| **130** | X | | June 2, 2022: Letter regarding Office of Civil Rights and Sexual Misconduct communication (UMCP 009504) - Confidential |
| **138** | X | | PSA's Real Talk event (DOE001303) |
| **139** | | X | August 16, 2024: Grace Karmiol's Deposition Transcript |
| **140** | | X | August 16, 2024: Grace Karmiol's Deposition Video |
| **141** | | X | August 26, 2024: Grace Karmiol's Deposition Transcript |
| **142** | | X | August 26, 2024: Grace Karmiol's Deposition Video Part One |
| **143** | | X | August 26, 2024: Grace Karmiol's Deposition Video Part Two |
| **144** | | X | March 7, 2022: The Diamondback: The unofficial justice of PSA Maryland (DOE000201–205) |
| **145** | | | Plaintiff reserves the right to utilize any Exhibits identified by Defendant in their exhibit lists to the extent not objected to |
| **146** | | | Plaintiff reserves the right to utilize any document for purposes of impeachment |
| **147** | | | Plaintiff reserves the right to utilize any pleading filed in this case |

| | | | |
|---|---|---|---|
| **148** | | | Plaintiff reserves the right to utilize any of Defendant's discovery responses in this case |
| **149** | | | Plaintiff reserves the right to utilize any exhibit necessary for rebuttal |
| **150** | | | Plaintiff reserves the right to utilize any demonstrative exhibits at the trial of this matter which may include, but not be limited to, oversized copies of the documents in this case |

Dated: September 18, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*

Jason C. Greaves, MD Bar No. 2310170002
Jared J. Roberts, *pro hac vice*
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, a true and genuine copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves

*Counsel for Plaintiff*