**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**JOHN DOE**
**Plaintiff** *

**v.** * **Civil No.: PX 22-872**

THE UNIVERSITY OF MARYLAND,
COLLEGE PARK ET AL *
**Defendant**

******

FILED ____ ENTERED
LOGGED BJ RECEIVED

OCT 1 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**CERTIFICATION -**
**EXHIBITS TO BE SUBMITTED TO JURY**

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been admitted into evidence are to be sent to the jury room for use in jury deliberations.

**Counsel for Plaintiff**

Jason Greaves/Jared Roberst

**Counsel for Defendant**

Kathryn Bradley/Sarah Marquardt

Date: October 1, 2026