CASE NUMBER: PX 22-872
CASE NAME: JOHN DOE v. THE UNIVERSITY OF MARYLAND, COLLEGE PARK et al

We have reached a unanimous verdict.

JUROR NUMBER: 1

DATE: 10/1/26
TIME: 3:40

For Court Use Only:
Recv'd by: BEU DATE: 10/1/26 TIME: 3:45
Court Exhibit #: 1

CSO: RM Frederick

Time: 343

Date: 10/1/26