**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br>v.<br><br>THE UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*<br><br>Defendants. | ) | Civil Action No. 8:22-cv-00872-PX |

FILED ENTERED
LOGGED BR RECEIVED
OCT 1 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**VERDICT SHEET**

We, the jury, unanimously answer the questions submitted by the Court as follows:

**COUNT I: TITLE IX DELIBERATE INDIFFERENCE**

**Question 1 (select "YES" or "NO"):**

Did Plaintiff prove by a preponderance of the evidence that he was subjected to harassment on the basis of his sex?

**YES** ✓ **NO** ______

*If your answer to Question 1 is "NO," go no further, sign and date the verdict sheet.*

*If your answer to Question 1 is "YES," then proceed to answer Question 2.*

**Question 2 (select "YES" or "NO"):**

Did Plaintiff prove by a preponderance of the evidence that the harassment was so severe, pervasive, and objectively offensive that it deprived him of equal access to an educational opportunity or benefit at the University of Maryland, College Park?

**YES** ✓ **NO** ______

*If your answer to Question 2 is "NO," go no further, sign and date the verdict sheet.*

*If your answer to Question 2 is "YES," then proceed to answer Question 3.*

**Question 3 (select "YES" or "NO"):**

Did Plaintiff prove by a preponderance of the evidence that the University of Maryland, College Park, was deliberately indifferent to the harassment—that is, that the University's response was clearly unreasonable in light of the known circumstances?

**YES** ✓ **NO** ______

*If your answer to Question 3 is "NO," go no further, sign and date the verdict sheet.*

*If your answer to Question 3 is "YES," then proceed to answer Question 4.*

**Question 4 (select "YES" or "NO")**

If you answered "YES" to each of the previous questions 1 through 3, do you find that the plaintiff is entitled to nominal damages of $1?

**YES** ✓ **NO** ________

REDACTED REDACTED

Date 10/1/26