**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**JOHN DOE**
**Plaintiff** *

**vs.** * **Case No.: PX 22-872**

**THE UNIVERSITY OF MARYLAND,**
**COLLEGE PARK ET AL** *
**Defendant**
*

******

FILED ENTERED
LOGGED BU RECEIVED
OCT 1 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**Stipulation Regarding Return of Exhibits**

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **PLAINTIFF'S/GOVERNMENT'S EXHIBITS** | **DEFENDANT'S EXHIBITS** |
| --- | --- |
| All Plaintiff's/Government's exhibits returned: 10/01/2026 | All Defendant's exhibits returned: 10/01/2026 |

Received the above listed exhibits this date:

| Counsel for Plaintiff(s)/Government: | Counsel for Defendant(s): |
| --- | --- |
| X | X |
| Jason Greaves | Kathryn Bradley |
| Jared Roberts | Sarah Marquardt |

Date: October 1, 2026